### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Laura E. Stock                          CHAPTER 7

            <u>Debtor(s)</u>

                                BKY. NO. 21-10460 ELF

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                         Respectfully submitted,

/s/ <u>Rebecca Solarz</u>

Rebecca Solarz
15 Mar 2021, 16:29:22, EDT

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322